### J. C. JOHNSON, Appellant,

v.

### The STATE of Texas, Appellee.

### No. 27124.

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No appearance for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Robbery is the offense, with punishment assessed at twenty years in the penitentiary.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.